QUADRANT STRUCTURED PRODUCTS COMPANY, LTD., Individually and Derivatively on behalf of Athilon Capital Corp., Plaintiff Below, Appellant/Cross-Appellee,

v.

Vincent VERTIN, Michael Sullivan, Patrick B. Gonzalez, Brandon Jundt, J. Eric Wagoner, Athilon Capital Corp., Athilon Structured Investment Advisors LLC, Merced Capital, L.P., Merced Partners Limited Partnership, Merced Partners II, L.P., Merced Partners III, L.P., and Harrington Partners, L.P., Defendant Below, Appellees/Cross-Appellants.

No. 210, 2016

Supreme Court of Delaware.

Submitted: October 25, 2016

Decided: October 31, 2016

Court Below: Court of Chancery of the State of Delaware, C.A. No. 6990-VCL

AFFIRMED.

Lauren PURNELL, Defendant Below-Appellant,

v.

STATE of Delaware, Plaintiff Below-Appellee.

No. 280, 2016

Supreme Court of Delaware.

Submitted: September 9, 2016
Decided: November 3, 2016
Reargument Denied November 30, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1408003462

DISMISSED.

Jessie THOMAS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 279, 2016

Supreme Court of Delaware.

Submitted: September 15, 2016
Decided: November 7, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID. No. 1304013732

AFFIRMED.